UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No: 8:05-CR-420-T-30TBM

SERGIO PANTOJA,
GUILLERMO DE LA ROSA,
GINO PUCCIO,
KENNETH ANSON,
ZORAIDA BARRETO,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon the United States' Motion for Exemption from the Administrative Procedures for Electronic Filing in Civil and Criminal Cases (Dkt. #38).

Effective April 29, 2004, the United States District Court for the Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, in compliance with the E-Government Act of 2002, require parties to redact bank accounts, real property addresses, and social security numbers from records filed with the court. This rule was created in anticipation of Electronic Case Filing in this district, which resulted in Internet access to documents filed with the court, and was intended to impede attempts at identity fraud.

The pleadings submitted in a criminal forfeiture action typically contain references to personal identifiers, including bank accounts and social security numbers, prohibited from disclosure in the Administrative Procedures for Electronic Filing in Civil and Criminal

Cases. In cases involving drug trafficking and money laundering violations, it is often necessary for the government to seek a restraining order for bank accounts in order to preserve illegally acquired funds for forfeiture. It is necessary to identify these accounts as specifically as possible to ensure that only the accounts subject to forfeiture are restrained, and not accounts belonging to innocent third parties. Without specific identifiers, financial institutions would not know which accounts to restrain.

In order to preserve the availability of real properties subject to forfeiture, the United States must record a lis pendens against the property. To ensure proper recording, this lis pendens must necessarily include the name of the owner and a complete legal description of the real property, which are identifiers subject to redaction.

In addition, pursuant to 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 982(b)(1) [incorporating the provisions of 21 U.S.C. § 853(n)(1)], the United States is obligated to publish notice of a forfeiture order and of the United States' intent to dispose of assets in a newspaper of general circulation in the county in which the prosecution is brought, and in the county in where the property was seized. To constitute meaningful notice, and satisfy the Due Process Clause, such publication notice must include the complete address and legal description for any real property, and the account numbers for bank accounts subject to forfeiture. Thus, exempting this case from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases does not increase the risk that the personal identifiers will be misused through Internet access.

For the foregoing reasons, pleadings in this case shall be exempt from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, may be filed in an unredacted form, and shall be added to the public docket and

made available in electronic or paper format to anyone who personally appears at the Clerk's Office.

It is therefore ORDERED AND ADJUDGED that:

1. The United States' Motion for Exemption from the Administrative Procedures for Electronic Filing in Civil and Criminal Cases (Dkt. #38) is GRANTED.

2. Pleadings in this case shall be exempt from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, may be filed in an unredacted form, and shall be added to the public docket and made available in electronic or paper format to anyone who personally appears at the Clerk's Office.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2005\05-cr-420.order ECF.wpd