UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     CASE NO. 8:05-cr-420-T-30TBM

ZORAIDA BARRETO,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court on United States' motion (Dkt. #422) for entry of a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Zoraida Barreto, in the property described below, pursuant to the provisions of Fed. R. Crim. P. 32.2(b)(2) and 21 U.S.C. § 853, for the violations of 21 U.S.C. §§ 841(a)(1), 21 U.S.C. § 846, and 841(b)(1)(A)(ii) charged in Count One of the Indictment, for which the defendant has been found guilty. The Court, being fully advised in the premises, hereby finds that the government has established the requisite *nexus* between the assets described below and the violations to which defendant Zoraida Barreto pled guilty as charged in Count One of the Indictment. Accordingly, the following assets are subject to forfeiture pursuant to the provisions of 21 U.S.C. § 853:

    (A) 1998 Mitsubishi Montero Sport LS, VIN: JA4MT31P2WP023425, owned by Zoraida Barreto;

(B) Real property and interests in real property, including all improvements thereon and appurtenances thereto, located at the following addresses:

    (1) 1738 Washington Street, Hollywood, Florida 33019, which is legally described as follows:

    Lot 25 and 26, Block 8, HOLLYWOOD SOUTHSIDE ADDITION, according to the Plat thereof, recorded in Plat Book 3, Page 16, of the Public Records of Broward County, Florida.

    Parcel Identification Number: 11222-09-15200

    (2) 13379 SW 142nd Terrace, Miami, Florida 33186-8342, which is legally described as follows:

    Lot 2, Block 6 of PRECIOUS HOMES AT TWIN LAKES, according to the Plat thereof, as Recorded in Plat Book 155 at Page 10 of the Public Records of Miami - Dade County, Florida.

    Folio Number: 30-59230170270

    (3) 13700 SW 62nd Street, Unit 142, Miami, Florida 33183, which is legally described as follows:

    Condominium Unit No. 142, of KENDALL HEIGHTS CONDOMINIUM, a Condominium according to the Declaration of Condominium, recorded in Official Records Book 9281 at Page 197, of the Public Records of Dade County, Florida.

    Folio Number: 30-49270160420

(C) The contents of the following seized or restrained bank accounts:

    (1) Bank of America Account Number 003449489205, held in the name of Maria Cecilia Garcia and Zoraida Barreto, totaling approximately $40,452.94 as of October 14, 2005;

      (2)    Bank of America Account Number 003666008906, held in the name of Rosalba Cano-Orozco and Zoraida Barreto, totaling approximately $1,987.17 as of October 14, 2005;

      (3)    Bank Atlantic Account Number 55898413, held in the name of Zarina Enterprises, totaling approximately $26,016.09 as of October 14, 2005;

      (4)    Bank of America Account Number 003448516784, held in the name of Maria Cecilia Garcia and Santiago Garcia, totaling approximately $11,054.95 as of October 18, 2006;

      (5)    Bank of America Account Number 003446788310, held in the name of Boni Vento, LLC, totaling approximately $10,739.56 as of October 18, 2006; and

      (6)    Washington Mutual Account Number 4861819056, held in the name of Amparo Cano, totaling approximately $6,177.04 as of October 18, 2006.

(D)    A money judgment in the amount of one million dollars ($1,000,000), which represents a portion of the drug proceeds laundered by the Defendant and her co-conspirators in furtherance of the drug trafficking conspiracy charged in Count One of the Indictment and Count Two of the Superseding Indictment.

Accordingly, it is hereby

**ORDERED, ADJUDGED**, and **DECREED** that the United States' motion (Dkt. #422) is GRANTED. It is FURTHER **ORDERED** that all right, title, and interest of defendant Zoraida Barreto in the assets identified above are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, pursuant to the provisions of Fed. R. Crim. P. 32.2(b)(2) and 21 U.S.C. § 853.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property, and to entertain any third party claims that may be asserted in the ancillary proceedings.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys of record

F:\Docs\2005\05-cr-420.prelim forf 422 Zoraida.wpd