UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. :   CASE NO. 8:05-cr-420-T-30TBM
:
ZORAIDA BARRETO, :
AMPARO CANO-OROZCO, and :
MARIA CECILIA GARCIA, :
:
    Defendants. :
:

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #520) by the United States for a Final Judgment of Forfeiture for the following assets:

(1)   Bank of America Account Number 003449489205, held in the name of Maria Cecilia Garcia and Zoraida Barreto, totaling approximately $40,452.94 as of October 14, 2005;

(2)   Bank of America Account Number 003666008906, held in the name of Rosalba Cano-Orozco and Zoraida Barreto, totaling approximately $1,987.17 as of October 14, 2005;

(3)   Bank Atlantic Account Number 55898413, held in the name of Zarina Enterprises, totaling approximately $26,016.09 as of October 14, 2005; and

(4)   Washington Mutual Account Number 4861819056, held in the name of Amparo Cano, totaling approximately $6,177.04 as of October 18, 2006; and

    (5) 1998 Mitsubishi Montero Sport LS, VIN: JA4MT31P2WP023425, owned by Zoraida Barreto.

  1. On December 4, 2007, the Court granted the United States' motions and entered the Preliminary Orders of Forfeiture, (Docs. 426, 428 and 429), forfeiting to the United States of America all right, title, and interest of defendants Zoraida Barreto, Maria Cecilia Garcia and Amparo Cano-Orozco.

  2. Pursuant to their Plea Agreements, defendants Zoraida Barreto, Maria Cecilia Garcia and Amparo Cano-Orozco agreed that to the forfeiture of the assets identified above (Docs. 341, 356 and 366). Defendant Barreto also agreed to the forfeiture of the Bank Atlantic Account No. 55898413 on behalf of her company, Zarina Enterprises.

  3. On March 19, 2008, the United States sent a Notice of the Preliminary Order of Forfeiture to Rosalba Cano-Orozco, c/o Victor E. Rocha, Esquire, because she appeared to have an alleged interest in Bank of America Account Number 003666008906. To date, no claim has been filed and the time for filing such Petition has expired.

  4. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Miami Daily Business Review*, a newspaper of general circulation in Miami-Dade County, Florida on December 12, 2007, December 19, 2007 and

December 26, 2007.  (Docs. 467 and 468).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5.     In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the 1998 Mitsubishi Montero Sport, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on February 6, 2008, February 13, 2008 and February 20, 2008 and in the *Broward Daily Business Review*, a newspaper of general circulation in Broward County, Florida on January 15, 2008, January 22, 2008 and January 29, 2008 and in the *Miami Daily Business Review*, a newspaper of general circulation in Miami-Dade County, Florida on January 14, 2008, January 21, 2008 and January 28, 2008.  (Docs. 498, 499 and 500).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

6.     No persons or entities, other than defendants Zoraida Barreto, Maria Cecilia Garcia and Amparo Cano-Orozco, whose interest was forfeited to the United

States in the Preliminary Order of Forfeiture and Zarina Enterprises and Rosalba Cano-Orozco are known to have an interest in the subject accounts. To date, no other third party has filed a Petition to Adjudicate Interest in the subject property, and the time for filing such Petition has expired.

7. The Court finds that the subject property is the property of defendants Zoraida Barreto, Maria Cecilia Garcia and Amparo Cano-Orozco.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #520) is GRANTED. It is FURTHER ORDERED that all right, title and interest in following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

(1) Bank of America Account Number 003449489205, held in the name of Maria Cecilia Garcia and Zoraida Barreto, totaling approximately $40,452.94 as of October 14, 2005;

(2) Bank of America Account Number 003666008906, held in the name of Rosalba Cano-Orozco and Zoraida Barreto, totaling approximately $1,987.17 as of October 14, 2005;

(3) Bank Atlantic Account Number 55898413, held in the name of Zarina Enterprises, totaling approximately $26,016.09 as of October 14, 2005;

(4) Washington Mutual Account Number 4861819056, held in the name of Amparo Cano, totaling approximately $6,177.04 as of October 18, 2006; and

(5) 1998 Mitsubishi Montero Sport LS, VIN: JA4MT31P2WP023425, owned by Zoraida Barreto.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream,  AUSA
Attorneys/Parties of Record

F:\Docs\2005\05-cr-420.forfeit 520.wpd

5