UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 8:05-cr-420-T-30TBM

SERGIO PANTOJA,

    Defendant.
_____

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #522) by the United States for a Final Judgment of Forfeiture for the following property:

    **A.**    **The following vehicles:**

        (1)    1991 Mercedes-Benz 560 SEL,
                  Vehicle Identification Number: WDBCA39E3MA558062
                  Owner of Record: Sergio B. Pantoja; and

        (2)    2004 Cadillac Escalade ESV,
                  Vehicle Identification Number: 3GYFK66N94G175367
                  Owner of Record: Sergio B. Pantoja.

    **B.**    **The following boats:**

        (1)    1983 68' Hatteras "Costa Brava",
                  Registration Number: FL8620EW,
                  HULL Identification Number: LSW343001098
                  Owner of Record: Sergio B. Pantoja;

        (2)    1976 37' Irwin Saliboat, Registration Number: FL5861SG,
                  HULL Identification Number: XYM372140776
                  Owner of Record: Sergio B. Pantoja;

      **C.**    **The following monies** seized from the following bank accounts and location(s):

    (1)    Wachovia Bank Account Number 2090001920799 held in the name of Imperial Marine, Inc., in the amount of **$2,137.80;**

    (2)    Wachovia Bank Account Number 1010018400733 held in the name of Sergio Pantoja, in the amount of **$1,618.05**;

    (3)    **$35,000** in United States currency, seized from Sergio Pantoja, during the execution of a search warrant at his residence located at 448 Tamarind Drive, Hallandale, Florida; and

      **D.**    **The assorted jewelry**, valued at $7,575.00, seized from Sergio Pantoja, during the execution of a search warrant at his residence located at 448 Tamarind Drive, Hallandale, Florida.

    1.    On September 26, 2007, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 382), forfeiting to the United States of America all right, title, and interest of defendant Sergio Pantoja.

    2.    Notice of the Preliminary Order of Forfeiture as to defendant Sergio Pantoja was sent via certified mail, return receipt requested, to the following third parties known to have alleged an interest in the assets found subject to forfeiture:

    a.    Marlene De La Rosa, c/o Oscar Arroyave, Esquire, Certified Mail No. 7001 2510 0005 9935 3833 on October 1, 2007. The green certified card signed and returned on October 3, 2007 and the Acknowledgment of Receipt was signed on October 17, 2007;

    Marlene De La Rosa, c/o William Jung, Esquire, Certified Mail No. 7005 3110 0003 4592 5410 on October 24, 2007, green card signed and returned on October 26, 2007;

          No claim was filed although there was some reason to believe Marlene may have had an alleged interest in the assorted jewelry, valued at $7,575.00;

    b.    GMAC, Attn: Customer Service, Certified Mail No. 7001 2510 0005 9935 3802 on October 1, 2007, green card signed and returned with no date;

          GMAC, Attn: Kim Hansen, Certified Mail No. 7001 2510 0005 9935 3819 on October 1, 2007, green card signed and returned on October 9, 2007. The Acknowledgment of Receipt was signed on October 15, 2007.

          GMAC, Attn: Norris Ory, Certified Mail No. 7005 3110 0003 4592 5380 on October 19, 2007, green card signed and returned on October 22, 2007. No claim was filed;

          No claim was filed although GMAC provided the financing and holds a secured interest in the 2004 Cadillac Escalade and;

    c.    Imperial Marine, Certified Mail No. 7001 2510 0005 9935 3826 on October 1, 2007. The envelope was not returned. No claim was filed although this entity, owned by the defendant, arguably held an interest in the 1991 Mercedes-Benz, 2004 Cadillac Escalade, 1983 68' Hatteras Vessel or 1976 37' Irwin Sailboat.

    3.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture for the currency listed under sections "A", "B", "C(3)" and "D" of this motion, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Broward Daily Business Review*, a newspaper of general circulation in Broward County, Florida on October 18, 2007, October 25, 2007, and November 1, 2007. (Docs. 431 and 433). The publication gave notice to all third parties with a

3

legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

4.  In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture for the assets listed under sections "C (1) and (2)" of this motion, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on November 23, 2007, November 30, 2007 and December 7, 2007 and in the *Broward Daily Business Review*, a newspaper of general circulation in Broward County, Florida on November 26, 2007, December 3, 2007 and December 10, 2007. (Docs. 443 and 440). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5.  No persons or entities, other than the defendant Sergio Pantoja, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the persons and entities identified in paragraph 2 above, are known to have an interest in the subject assets. No third party has filed a Petition of Ownership in the subject properties to date, and the time for filing such Petition has

expired.

6. The Court finds that the subject assets are the property of defendant Sergio Pantoja.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

**A.  The following vehicles:**

(1) 1991 Mercedes-Benz 560 SEL,
Vehicle Identification Number: WDBCA39E3MA558062
Owner of Record: Sergio B. Pantoja; and

(2) 2004 Cadillac Escalade ESV,
Vehicle Identification Number: 3GYFK66N94G175367
Owner of Record: Sergio B. Pantoja.

**B.  The following boats:**

(1) 1983 68' Hatteras "Costa Brava",
Registration Number: FL8620EW,
HULL Identification Number: LSW343001098
Owner of Record: Sergio B. Pantoja;

(2) 1976 37' Irwin Saliboat, Registration Number: FL5861SG,
HULL Identification Number: XYM372140776
Owner of Record: Sergio B. Pantoja;

**C.  The following monies** seized from the following bank accounts and location(s):

(1) Wachovia Bank Account Number 2090001920799 held in the name of Imperial Marine, Inc., in the amount of **$2,137.80;**

(2) Wachovia Bank Account Number 1010018400733 held in the name of Sergio Pantoja, in the amount of **$1,618.05**;

(3) **$35,000** in United States currency, seized from Sergio Pantoja, during the execution of a search warrant at his residence located at 448 Tamarind Drive, Hallandale, Florida; and

**D.** **The assorted jewelry**, valued at $7,575.00, seized from Sergio Pantoja, during the execution of a search warrant at his residence located at 448 Tamarind Drive, Hallandale, Florida.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 21, 2008.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream,  AUSA
Attorneys/Parties of Record

F:\Docs\2005\05-cr-420.fj forfeit 522.wpd

6