UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CASE NO. 8:05-cr-420-T-30TBM

ZORAIDA BARRETO,

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #533) by the United States for a Final Judgment of Forfeiture for the following real properties:

(1) 13379 SW 142nd Terrace, Miami, Florida 33186-8342, which is legally described as follows:

Lot 2, Block 6 of PRECIOUS HOMES AT TWIN LAKES, according to the Plat thereof, as Recorded in Plat Book 155 at Page 10 of the Public Records of Miami - Dade County, Florida.

Folio Number: 30-59230170270; and

(2) 13700 SW 62nd Street, Unit 142, Miami, Florida 33183, which is legally described as follows:

Condominium Unit No. 142, of KENDALL HEIGHTS CONDOMINIUM, a Condominium according to the Declaration of Condominium, recorded in Official Records Book 9281 at Page 197, of the Public Records of Dade County, Florida.

Folio Number: 30-49270160420

1. On December 4, 2007, the Court granted the United States' motions and entered the Preliminary Orders of Forfeiture, (Doc. 426), forfeiting to the United States of America all right, title, and interest of defendant Zoraida Barreto.

2. The only persons or entities known to have an alleged interest in the subject real properties are the Miami-Dade Tax Collector (hereinafter "Tax Collector") and Kendall Heights Community Association, Inc. The United States sent, via certified U.S. mail, Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and copies of the Preliminary Order of Forfeiture in the instant case to the Tax Collector and Kendall Heights Community Association, Inc.

3. On December 10, 2007, the United States received the signed return receipt from the Tax Collector. On January 7, 2008, the Tax Collector filed a Claim for Ad-Valorem Real Property Taxes for 13379 SW 142nd Terrace, Miami, Florida and 13700 SW 62nd Street, Unit 142, Miami, Florida. On February 19, 2008, the United States and the Tax Collector entered into a Stipulated Settlement Agreement. (Doc. 492).

4. On February 11, 2008, the United States received the signed return receipt from the Kendall Heights Community Association, Inc. On that same date, the Kendall Heights Community Association, Inc. filed a Verified Claim for 13700 SW 62nd Street, Unit 142, Miami, Florida. On March 18, 2008, the United States and Kendall Heights Community Association, Inc. entered into a Stipulated Settlement

Agreement. (Doc. 502).

5. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the bank accounts, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Miami Daily Business Review*, a newspaper of general circulation in Miami-Dade County, Florida on December 12, 2007, December 19, 2007 and December 26, 2007. (Docs. 467 and 468). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

6. No persons or entities, other than defendant Zoraida Barreto, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, the Tax Collector and Kendall Heights Community Association, Inc. are known to have an interest in the subject real properties. To date, only the Tax Collector and Kendall Heights Community Association, Inc. have filed a Petition to Adjudicate Interest in the subject property, and those Petitions have been settled.

7. The Court finds that the subject real properties are the property of defendant Zoraida Barreto.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #533) is GRANTED. It is FURTHER ORDERED that all right, title and interest in following real properties are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

(1) 13379 SW 142nd Terrace, Miami, Florida 33186-8342, which is legally described as follows:

Lot 2, Block 6 of PRECIOUS HOMES AT TWIN LAKES, according to the Plat thereof, as Recorded in Plat Book 155 at Page 10 of the Public Records of Miami - Dade County, Florida.

Folio Number: 30-59230170270; and

(2) 13700 SW 62nd Street, Unit 142, Miami, Florida 33183, which is legally described as follows:

Condominium Unit No. 142, of KENDALL HEIGHTS CONDOMINIUM, a Condominium according to the Declaration of Condominium, recorded in Official Records Book 9281 at Page 197, of the Public Records of Dade County, Florida.

Folio Number: 30-49270160420.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on June 9, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys/Parties of Record

F:\Docs\2005\05-cr-420.fj forfeit 533.wpd