UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  :
:
    Plaintiff,  :
:
v.  :    CASE NO. 8:05-cr-420-T-30TBM
:
ZORAIDA BARRETO,  :
:
    Defendant.  :
_____  :

### ORDER VACATING THE PRELIMINARY ORDER OF FORFEITURE AS TO THE REAL PROPERTY LOCATED AT 1738 WASHINGTON STREET, HOLLYWOOD, FLORIDA

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #553) of the United States of America to vacate the Preliminary Order of Forfeiture entered by this Court on December 4, 2007, solely as to the real property located at 1738 Washington Street, Hollywood, Florida. (Dkt. #426). The Government also requests that the Preliminary Order of Forfeiture remain in full force and effect as to the remaining assets. The Court being fully advised in the premises, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown the United States' motion (Dkt. #553) is GRANTED.

It is FURTHER **ORDERED** that the Preliminary Order of Forfeiture (Dkt. #426) is VACATED as to the real property, including all improvements thereon and appurtenances thereto, located at 1738 Washington Street, Hollywood, Florida, more particularly described below:

      Lot 25 and 26, Block 8, HOLLYWOOD SOUTHSIDE ADDITION, according to the Plat thereof, recorded in Plat Book 3, Page 16, of the Public Records of Broward County, Florida.

      Parcel Identification Number: 11222-09-15200

It is FURTHER **ORDERED** that in all other respects, the Preliminary Order of Forfeiture remains in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida on July 14, 2008.

                                        */s/ James S. Moody, Jr.*
                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

F:\Docs\2005\05-cr-420.vacate forfeit 553.wpd

2