UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      CASE NO. 8:05-cr-420-T-30TBM

SERGIO PANTOJA,

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #558) by the United States for a Final Judgment of Forfeiture for the following property:

1. 11061 NW 39th Street, Coral Springs, Florida 33065, which is legally described as follows:

   Lot 17, Block S, GLENWOOD SUBDIVISION, according to the Plat thereof, as recorded in Plat Book 69, Page 33 of the Public Records of Broward County, Florida.

   Folio Number: 8117-02-434; and

2. 448 Tamarind Drive, Hallandale, Florida 33009-6542, which is legally described as follows:

   Lot 8, Block 7, GOLDEN ISLES SECTION "B", according to the Plat thereof, as recorded in Plat Book 45, at Page 30, of the Public Records of Broward County, Florida.

   Parcel Identification Number: 11226-05-08900.

1.	On September 26, 2007, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 382), forfeiting to the United States of America all right, title, and interest of defendant Sergio Pantoja.

2.	The only persons or entities known to have any potential interest in the subject real property located at 11061 NW 39th Street, Coral Springs, Florida are Fremont Investment and Loan, Nicole Gottsacker, Rae E. Chorowski, the Broward County Tax Collector (hereinafter "Tax Collector"), Eglaines Pantoja and U.S. Bank National Association, by and through Select Portfolio Servicing, Inc.  The United States sent, via certified U.S. mail, Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and copies of the Preliminary Order of Forfeiture in the instant case to the persons or entities listed above.

3.	The only persons or entities known to have any potential interest in the subject real property located at 448 Tamarind Drive, Hallandale, Florida are the Broward County Tax Collector (hereinafter "Tax Collector"), Iramis Oppermann and Alecksandra Pantoja.  The United States sent, via certified U.S. mail, Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and copies of the Preliminary Order of Forfeiture in the instant case to all the persons or entities listed above, except Alecksandra Pantoja.

**11061 NW 39th Street, Coral Springs, Florida**

4.	On October 23, 2007 and December 21, 2007, the United States received a signed return receipt from the Fremont Investment and Loan.  No claim

was filed. On July 11, 2008, the undersigned spoke to Rachel, a customer service representative at Fremont Investment and Loan, who explained that the company has no record of a loan to the defendant Sergio Pantoja or the real property 11061 NW 39th Street. As noted below, this loan was sold to U.S. Bank National Association.

5. On October 28, 2007, the United States received a signed Acknowledgment of Receipt of Notice of Forfeiture from the Nicole Gottsacker. The undersigned has spoken to Nicole Gottsacker and has determined that Ms. Gottsacker is the ex-girlfriend of defendant Sergio Pantoja and does have an interest in the real property 11061 NW 39th Street. To date, Nicole Gottsacker has not filed a claim.

6. On November 1, 2007, the United States received a signed Acknowledgment of Receipt of Notice of Forfeiture from the Rae E. Chorowski. To date, Rae E. Chorowski has not filed a claim to the real property 11061 NW 39th Street.

7. On December 10, 2007, the United States received a signed return receipt from the Tax Collector. In February 2008, it was confirmed that there is no property tax delinquency for the real property 11061 NW 39th Street, Coral Springs, Florida.

8. On December 11, 2007, the United States received a signed Acknowledgment of Receipt of Notice of Forfeiture from Eglaines Pantoja. The

undersigned has spoken to Eglaines Pantoja and has determined that Ms. Pantoja is the ex-wife of defendant Sergio Pantoja and does have an interest in the real property 11061 NW 39th Street. To date, Eglaines Pantoja has not filed a claim.

9. On December 24, 2007, the United States received a signed return receipt from the Select Portfolio Servicing, Inc. On February 6, 2008, U.S. Bank National Association, by and through Select Portfolio Servicing, Inc. filed a Claim to the real property 11061 NW 39th Street. On June 16, 2008, the United States and the U.S. Bank National Association, by and through Select Portfolio Servicing, Inc., entered into a Stipulated Settlement Agreement. (Doc. 540). U.S. Bank National Association bought the loan from Fremont Investment and Loan.

**448 Tamarind Drive, Hallandale, Florida**

10. The United States Marshals Service has confirmed that the property taxes on 448 Tamarind Drive have been delinquent since 2005. Although, the Tax Collector received notice of forfeiture on December 10, 2007, no claim was filed. Although the Tax Collector did not file a claim, the government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale.

11. On February 14, 2007, after the United States had recorded its Lis Pendens and the defendants plea agreement was entered, Sergio Pantoja executed a Quit Claim Deed transferring title of the Tamarind Drive property to Iramis Oppermann and Alecksandra Pantoja, and recorded it in Broward County, Florida

on May 16, 2007. On April 14, 2008, Alecksandra Pantoja, daughter of defendant Sergio Pantoja, signed a Statement Under Penalty of Perjury, that she did not have a claim to the Tamarind Drive property and that she was not a bona fide purchaser for value. She also waived any right to file a claim in the future and consented to the forfeiture of the Tamarind Drive property.

12. On April 22, 2008, the United States received a signed Acknowledgment of Receipt of Notice of Forfeiture from Iramis Oppermann. On May 8, 2008, the United States Marshals Service personally served her. On that same date, Ms. Oppermann, signed the Acknowledgment of Receipt of Notice of Forfeiture and a 30 day Notice to Vacate the Tamarind Drive property. To date, Iramis Opperman has not filed a claim to 448 Tamarind Drive.

13. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture for the real property and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Broward Daily Business Review*, a newspaper of general circulation in Broward County, Florida on October 18, 2007, October 25, 2007, and November 1, 2007. (Docs. 431 and 433). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of

publication.

14.     No persons or entities, other than the defendant Sergio Pantoja, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the persons and entities identified in paragraphs 2 and 3 above, are known to have an interest in the subject real properties. No third party has filed a Petition of Ownership other than U.S. Bank National Association, by and through Select Portfolio Servicing, Inc., and the time for filing such Petition has expired.

15.     The Court finds that the subject real properties are the property of defendant Sergio Pantoja.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #558) is GRANTED. It is FURTHER ORDERED that all right, title and interest in following real properties are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

1. 11061 NW 39th Street, Coral Springs, Florida 33065, which is legally described as follows:

    Lot 17, Block S, GLENWOOD SUBDIVISION, according to the Plat thereof, as recorded in Plat Book 69, Page 33 of the Public Records of Broward County, Florida.

    Folio Number: 8117-02-434; and

2. 448 Tamarind Drive, Hallandale, Florida 33009-6542, which is legally described as follows:

>Lot 8, Block 7, GOLDEN ISLES SECTION "B", according to the Plat thereof, as recorded in Plat Book 45, at Page 30, of the Public Records of Broward County, Florida.
>
>Parcel Identification Number: 11226-05-08900.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 15, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Anita M. Cream, AUSA
Attorneys/Parties of Record

F:\Docs\2005\05-cr-420.fj forfeit 558.wpd